**Dismiss and Opinion Filed June 7, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-92-01112-CV

## KEENE CORPORATION, Appellant
## V.
## OLLIS E. KIRK, ET AL, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 90-5245-J**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

We reinstate this appeal. In 1994, we abated this case due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system which does not show a

pending bankruptcy case associated with this appeal.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c).  To

date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b),(c); *Brewer v. Admiral Ins. Co*., 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).


<u>/Leslie Osborne//</u>
LESLIE OSBORNE
9201112f.p05                                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

KEENE CORPORATION, Appellant

No. 05-92-01112-CV      V.

OLLIS E. KIRK, ET AL, Appellees

On Appeal from the 191st Judicial District Court, Dallas County, Texas Trial Court Cause No. 90-5245-J. Opinion delivered by Justice Osborne. Justices Pedersen, III and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 7th day of June, 2021.